1  Renée Welze Livingston (SBN 124280)
   Jason G. Gong (SBN 181298)
2  LIVINGSTON LAW FIRM
   A Professional Corporation
3  1600 South Main Street, Suite 280
   Walnut Creek, CA  94596
4  Tel:  (925) 952-9880
   Fax: (925) 952-9881
5
   Attorneys for Defendants
6  KHAN TOKE THAI HOUSE,
   RANGSAN FASUDHANI and AREEWAN FASUDHANI
7  doing business as KHAN TOKE THAI HOUSE; and
   RANGSAN and AREEWAN FASUDHANI, Trustees in
8  Trust under THE RANGSAN and AREEWAN FASUDHANI,
   JOINT LIVING TRUST, dated October 8, 1987
9

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12
   CRAIG YATES, an individual,          )   Case No. 3:10-cv-03359-MEJ
13                                       )
                Plaintiff,               )
14                                       )   **APPLICATION FOR SUBSTITUTION**
        vs.                              )   **OF ATTORNEY**
15                                       )
   KHAN TOKE THAI HOUSE, RANGSAN         )
16  FASUDHANI and AREEWAFASUDHANI        )
   doing business as KHAN TOKE THAI      )
17  HOUSE; and RANGSAN and AREEWAN       )
   FASUDHANI, Trustees in Trust under THE )
18  RANGSAN and AREEWAN FASUDHANI        )
   JOINT LIVING TRUST, dated October 8,  )
19  1987                                 )
                                         )
20              Defendants.              )
                                         )
21  _____ )

22

23  **TO THE COURT AND ALL PARTIES:**

24       Defendants, KHAN TOKE THAI HOUSE, RANGSAN FASUDHANI and AREEWAN

25  FASUDHANI doing business as KHAN TOKE THAI HOUSE; and RANGSAN and

26  AREEWAN FASUDHANI, Trustees in Trust under THE RANGSAN and AREEWAN

27  FASUDHANI, JOINT LIVING TRUST, dated October 8, 1987, having answered plaintiff's

28

1  complaint on October 19, 2010 and appearing in this matter, now seek to substitute Renée Welze

2  Livingston and Jason G. Gong of LIVINGSTON LAW FIRM, APC, 1600 South Main Street,

3  Suite 280, Walnut Creek, CA  94596, (925) 952-9880 as counsel for defendants in the above-

4  captioned matter.

5          We consent to the foregoing substitution of attorneys.

6

7  Dated:  4-27-11                                   By: _____
                                                          Rangsan Fasudhani
8

9

10  Dated:  4-24-11                                  By: _____
                                                          Areewan Fasudhani
11

12

13  Dated:  _____                          By: _____
                                                          P. Terry Anderlini for
14                                                        ANDERLINI & EMERICK LLP

15

16

17  Dated:  5/12/11                                  By: _____
                                                          Jason G. Gong for
18                                                        LIVINGSTON LAW FIRM

19

20  IT IS SO ORDERED.

21          May 16, 2011

22  Dated:  _____                          By: _____
                                                          Honorable Maria-Elena James
23                                                        UNITED STATES MAGISTRATE
                                                          JUDGE
24

25

26

27

28

1   complaint on October 19, 2010 and appearing in this matter, now seek to substitute Renée Welze

2   Livingston and Jason G. Gong of LIVINGSTON LAW FIRM, APC, 1600 South Main Street,

3   Suite 280, Walnut Creek, CA  94596, (925) 952-9880 as counsel for defendants in the above-

4   captioned matter.

5          We consent to the foregoing substitution of attorneys.

6

7   Dated: _____          By: _____
                                         Rangsan Fasudhani
8

9

10  Dated: _____          By: _____
                                         Areewan Fasudhani
11

12

13  Dated:  4.27.11                  By: _____
                                         P. Terry Anderlini for
14                                       ANDERLINI & EMERICK LLP

15

16

17  Dated: _____          By: _____
                                         Jason G. Gong for
18                                       LIVINGSTON LAW FIRM

19

20  IT IS SO ORDERED.

21

22  Dated: _____          By: _____
                                         Honorable Maria-Elena James
23                                       UNITED STATES MAGISTRATE
                                         JUDGE
24

25

26

27

28

*Yates v. Khan Toke Thai House, et al.; Case No. 3:10-cv-03359-MEJ*
APPLICATION FOR SUBSTITUION OF ATTORNEY