1

2

3

4              UNITED STATES  DISTRICT COURT

5                 Northern District of California

6

7    CRAIG YATES,                                    No. C 10-3359 MEJ

8                         Plaintiff,                 **ORDER FOR PLAINTIFF TO FILE**
                 v.                                  **DISMISSAL OR STATUS REPORT**
9
     KHAN TOKE THAI HOUSE, et al.,
10
                         Defendants.
11    _____/

12

13          On June 28, 2011, the parties informed the Court that this matter had settled.  As no dismissal

14   has been filed, the Court ORDERS Plaintiff to file a dismissal or status report by May 3, 2012.

15          **IT IS SO ORDERED.**

16
     Dated: April 17, 2012
17                                          _____
                                            Maria-Elena James
18                                          Chief United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**