1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA   94903
   Telephone:   415/674-8600
4  Facsimile:   415/674-9900

5  Attorneys for Plaintiff
   CRAIG YATES, an individual
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual          )   **CASE NO. CV-10-3359-MEJ**
                                       )
10        Plaintiffs,                  )
                                       )   **STIPULATION OF DISMISSAL AND**
11 v.                                  )   **[PROPOSED] ORDER THEREON**
                                       )
12 KHAN TOKE THAI HOUSE; RANGSAN       )
   FASUDHANI and AREEWAN               )
13 FASUDHANI, each an individual dba   )
   KHAN TOKE THAI HOUSE; and           )
14 RANGSAN and AREEWAN                 )
   FASUDHANI, Trustees in Trust under THE )
15 RANGSAN and AREEWAN                 )
   FASUDHANI,  JOINT LIVING TRUST,     )
16 dated October 8, 1987,              )
                                       )
17        Defendants.                  )
   _____ )
18

19      The parties, by and through their respective counsel, stipulate to dismissal of this action in

20 its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a) (2).  Outside of the terms of the

21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own

22 costs and attorneys' fees.  The parties further consent to and request that the Court retain

23 jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S.

24 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement

25 agreements).

26 ///

27

28

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: April 17, 2012                         THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*


                                              By:      */s/ Thomas E. Frankovich*
                                                        Thomas E. Frankovich
                                              Attorneys for Plaintiff CRAIG YATES, an individual


Dated: April 18, 2012                         Law Office of Jason G. Gong
                                              *A Professional corporation*


                                              By:      */s/ Jason G. Gong*
                                                        Jason G. Gong, Esq.
                                              Attorney for Defendant's RANGSAN FASUDHANI and AREEWAN FASUDHANI, each an individual; and RANGSAN and AREEWAN FASUDHANI, Trustees in Trust under THE RANGSAN and AREEWAN FASUDHANI, JOINT LIVING TRUST, dated October 8, 1987,

### ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

Dated: __April 18__, 2012

_____
Honorable Magistrate Judge Maria Elena James
UNITED STATES DISTRICT JUDGE